UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 13, 2013
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CESAR CARDENAS,

    Defendant.

Case No. 2:13-mj-00373-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __CESAR CARDENAS__,

Case No. __2:13-mj-00373-CKD__, from custody for the following reasons:

    _____ Release on Personal Recognizance

    __X__ Bail Posted in the Sum of $ __50,000__

    __X__ Unsecured Appearance Bond $ __50,000, cosigned by uncle and brother__

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    __X__ (Other): __Pretrial Services conditions, and third party custody of uncle.__

Issued at Sacramento, California on December 13, 2013 at __2:25 pm__

By: _/s/ Carolyn Delaney_

Magistrate Judge Carolyn K. Delaney