BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR CARDENAS,<br><br>Defendant. | CASE NO. 2:13-CR-411-KJM<br><br>**UNITED STATES' MOTION TO DISMISS AND ORDER** |

The United States Attorney hereby moves to dismiss without prejudice under Rule 48(a) of the Federal Rules of Criminal Procedure the single charge in the Indictment against defendant Cesar Cardenas. The United States believes that it is in the interest of justice for state authorities to handle the prosecution of this case. Thus, the United States respectfully moves the Court to dismiss the charge pending against defendant Cesar Cardenas in the Indictment in this case. Defense counsel has no objection to the disposition.

Dated: November 12, 2014                   BENJAMIN B. WAGNER
                                                                   United States Attorney


                                                         By:  /s/ CHRISTIAAN H. HIGHSMITH
                                                                   CHRISTIAAN H. HIGHSMITH
                                                                   Assistant United States Attorney

MOTION TO DISMISS                                    1

## **ORDER**

Based on the motion of the United States, it is hereby ordered that the charge in the pending Indictment against defendant Cesar Cardenas is dismissed without prejudice.

DATED: November 12, 2014

_____
UNITED STATES DISTRICT JUDGE